UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLITON JAY-TWAN VARNADO,[1] | No 2:19-cv-02285-CKD-P |
| Petitioner, | |
| v. | ORDER |
| TRENT ALLEN,[2] | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer and lodged documents relevant to the petition, but the lodged documents are incomplete. In particular, respondent has omitted RT, vol. 3, pp. 589-647 from the lodged documents and mistakenly filed a duplicative copy of Appellant's Opening Brief in its place. (ECF Nos. 12 & 12-8.)

Accordingly, IT IS HEREBY ORDERED that respondent expand the record in this case by lodging Volume 3 of the Reporter's Transcript (pp. 589-647) in accordance with Rule 7(a) of

////

////

---

[1] The record indicates that this is the petitioner's correct name.

[2] Trent Allen, Acting Warden of Salinas Valley State Prison, is hereby substituted as the respondent in this action pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases.

1

the Rules Governing Habeas Corpus Cases Under Section 2254 within 14 days from the date of this order.

Dated: November 29, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE